# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
## 2nd CIVIL DIVISION

**JOHN DICKINSON, JR.**                                                      **PLAINTIFF**

Vs.                          No. 35CV-2016-633

**BILLY FENDERSON and**
**ADVANCED DRAINAGE SYSTEMS, INC.**                **DEFENDANTS**

## COMPLAINT

Comes now the Plaintiff, JOHN DICKINSON, JR., by and through his attorneys, WM. KIRBY MOUSER, of the BAIM LAW FIRM and MAXIE G. KIZER, P.A., and for his Complaint, states:

1. Plaintiff is a citizen and resident of Jefferson County, Arkansas. Defendant, BILLY FENDERSON, is a citizen and resident of Brandon, Mississippi. Defendant, ADVANCED DRAINAGE SYSTEMS, INC., is a foreign entity, and its agent for service of process is CT Corporation System, 208 So. LaSalle, Chicago, IL 60604.

2. On or about March 11, 2015, at approximately 10:17 a.m., Plaintiff, John Dickinson, Jr., who was an employee of the Road Department of Jefferson County, Arkansas, was driving a road grader southbound on Interstate 530 in the outside lane in Jefferson County, Arkansas. Defendant, Billy Fenderson, was driving a Volvo tractor-trailer southbound on Interstate 530 in the outside lane, when he lost control of the vehicle he was driving and the front of his vehicle



EXHIBIT A

FILED IN MY OFFICE AND SUMMONS
ISSUED AT 2:19 O'CLOCK P.M.
Oct 4, 2016 DATE
LAFAYETTE WOODS, SR., CLERK

struck Plaintiff's vehicle from behind hitting the left rear wheel.

3. The Defendant, Billy Fenderson, was guilty of negligence, which was the proximate cause of the above-described automobile collision and which negligence is imputed to Defendant, Advantage Drainage Systems, Inc., by reason of joint enterprise, employment, and/or agency, such negligent acts being:

    a) Driving too fast for conditions.
    b) Failure to keep a lookout for other motor vehicles.
    c) Failing to keep the vehicle he was driving under proper control.
    d) Following too closely, a violation of A.C.A. section 27-51-305.

4. These acts of negligence on the part of Defendant, Billy Fenderson, which are imputed to Defendant, Advantage Drainage Systems, Inc., were the proximate cause of the injuries and damages sustained by the Plaintiff as more specifically described herein.

5. As a proximate result of the negligence of the Defendant, Plaintiff suffered a strain and injury to his right hip and back, multiple abrasions and contusions and a shock to his entire nervous system, and he is continuing medical treatment for his injuries, all to his damage that is in excess of the amount required for federal court jurisdiction in diversity of citizenship cases.

6. Further, as a proximate result of the negligence of the Defendant, Billy Fenderson, which is imputed to the Defendant, Advanced Drainage Systems, Inc., Plaintiff suffered personal injuries that have resulted in a loss of earnings and earnings capacity, he has undergone excruciating pain and suffering in the past and

will continue to undergo such pain and suffering in the future, has incurred medical expenses in the past and will continue to incur medical expenses in the future, all to his damage.

7. Plaintiff demands a trial by jury on all issues of fact.

WHEREFORE, the Plaintiff, John Dickinson, Jr., prays for judgment against the Defendant, Billy Fenderson, and the Defendant, Advanced Drainage Systems, Inc., in the amount in excess than that required for federal court jurisdiction in diversity of citizenship cases; and for all other proper relief to which he may be entitled.

JOHN DICKINSON, JR., PLAINTIFF

By: _____
Wm. Kirby Mouser
Baim Law Firm
P.O. Box 5100
Pine Bluff, AR 71611
870-534-2941

By: _____
Maxie G. Kizer, P.A.
Attorney at Law
P.O. Box 7423
Pine Bluff, AR 71611
870-534-7004