IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JOHN DICKINSON, JR. | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | CASE NO. 5:16-cv-00368-BSM |
| | ) | |
| BILLY FENDERSON and | ) | |
| ADVANCED DRANIANGE SYSTEMS, INC. | ) | |
| DEFENDANTS | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, John Dickinson, all of whom appear by and through his respective attorneys, hereby notifies this Honorable Court that this matter was settled in mediation. Attached as Exhibit A is an email from mediator.

Respectfully submitted,

BY: /s/ William Kirby Mouser_____
Wm. Kirby Mouser (76084)
***Attorney for Plaintiff***
The Baim Law Firm
P.O. Box 5100, Pine Bluff, AR 71611
(870) 534-2941/Phone
(877)593-5007/E-Fax
wmouser@baimlaw.com

BY: /s/ Maxie G. Kizer_____
Maxie G. Kizer. P.A. (83101)
***Attorney for Plaintiff***
PO Box 7423, Pine Bluff, AR 71611
(870) 534-7004/Phone
(870) 534-4776/Fax
maxiekizer@yahoo.com

1

## CERTIFICATE OF SERVICE

    I, William Kirby Mouser, do hereby certify that on March 19th, 2018, I presented the foregoing to the Clerk of Court for filing and uploaded to the CM/ECF system, which shall send notification of such filing to the following:

Donald H. Bacon
Friday Eldredge & Clark
bacon@fridayfirm.com

                                         /s/ William Kirby Mouser

## Hill, Jalena D.

| | |
|---|---|
| **From:** | Laura Fortner <laura@hamlindispute.com> |
| **Sent:** | Tuesday, March 13, 2018 2:49 PM |
| **To:** | Mouser, W. Kirby; maxiekizer@yahoo.com; 'Don Bacon (bacon@fridayfirm.com)'; Hill, Jalena D. |
| **Cc:** | Chris |
| **Subject:** | Dickinson, Jr. v Fenderson Mediator's Proposal |
| **Importance:** | High |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Counsel,

Chris is pleased to announce both sides have agreed to the terms provided in his mediator's proposal.

Don could you please provide Plaintiff's counsel with a Settlement Agreement/ Release and could Plaintiff's counsel please provide Don with a W-9 form which lists the tax payor's ID number?

We appreciate you selecting our firm to work with you. Please let us know when we can be of assistance again.

Sincerely,

*Laura Fortner*

**Administrative Assistant for Chris Gomlicker, Jimmy Lawson & Jim Smith**
HAMLIN DISPUTE RESOLUTION, LLC
Little Rock Office/Memphis Office
laura@hamlindispute.com; www.hamlindispute.com

| | |
|---|---|
| 1101 West 2nd Street | Pembroke Square |
| Little Rock, AR 72201 | 119 South Main Street, #500 |
| Phone: (501)850-8888 | Memphis, TN 38103 |
| Fax: (501) 850-8889 | (901) 201-9668 |

*Please consider the environment before printing this email*

NOTICE: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 850-8888 so that our contact list can be corrected.

EXHIBIT A

1