IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN DICKSON, JR.**                                                                          **PLAINTIFF**

v.                              **CASE NO. 5:16-CV-00368 BSM**

**BILLY FENDERSON and**
**ADVANCED DRAINAGE SYSTEMS, INC.**                              **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation of dismissal.  *See* Doc. No. 15.  Pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice, with each party bearing its own costs.

IT IS SO ORDERED this 1st day of May 2018.

_____
UNITED STATES DISTRICT JUDGE